

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00797-CV

**IN THE INTEREST OF A.C.N. and S.B.N.**, Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02274
Honorable Solomon Casseb, III, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed: December 18, 2013

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of parties, costs are taxed against appellant).

PER CURIAM